In the Matter of GEORGE J. GILLESPIE et al., Constituting the Board of Water Supply of the City of New York, Respondents, Relative to Acquiring Real Estate for and on Behalf of the City of New York, in the County of Ulster. (Rondout Riparian Section No. 2, Parcel No. 40.) RONDOUT PAPER MILLS, INC., Appellant.—

All concur.